```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS
```

**Rodolfo Nicoli**

    V.                      CIVIL ACTION NO. 1:26-cv-10062-MJJ

**Wesling et al**


### ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Respondents' Status Report dated January 23, 2026, it is hereby ORDERED that the above- entitled action be and hereby is dismissed.


January 26, 2025                        /s/ Sophie Phillips
                                             ---------------------------
                                             **Deputy Clerk**